IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON LEE WOLCOTT,** | 2:08-CV-2527 GEB GGH (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before February 19, 2009.

Dated: January 14, 2009

/s/ Gregory G. Hollows

_____
The Honorable Gregory G. Hollows

wolc2527.eot

[Proposed] Order