IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON LEE WOLCOTT,

    Petitioner,                  No. CIV S-08-2527 GEB GGH P

    vs.

KEN CLARK,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 26, 2010, dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

1  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: 1) whether the trial court erred in not allowing petitioner's expert witness to testify regarding the victim's blood alcohol level; and 2) whether the trial court erred in preventing petitioner from impeaching the complaining witness about her refusal to speak to the defense prior to trial. The court does not find that any other issue requested by petitioner warrants a COA.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion (Doc. 34) to file a motion for certificate of appealability in excess of 25 pages is granted;

2. A certificate of appealability is issued in the present action as set forth above.

Dated: June 29, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.